IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

AUG - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1 : 2 6 CR 0 0 3 4 1 |
| | ) | Title 21, United States Code, |
| ROBERT MITCHELL, | ) | Section 841(a)(1), (b)(1)(A) |
| | ) | |
| Defendant. | ) | **JUDGE POLSTER** |

COUNT 1
(Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) & (b)(1)(A))

The Grand Jury charges:

1.      On or about July 17, 2026, in the Northern District of Ohio, Eastern Division, Defendant ROBERT MITCHELL did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FORFEITURE

The Grand Jury further charges:

2.      The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offense, Defendant ROBERT MITCHELL shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the offense charged herein; and

any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2

## US v. Robert Mitchell – Designation Sheet Attachment
Kevin Bringman

### ROBERT MITCHELL

| Count | Statute and Description of Offense | Statutory Sentence Per Count |
|---|---|---|
| 1 | Title 21 U.S.C. §§ 841(a)(1 & (b)(1)(A) Possession with Intent to Distribute Controlled Substances | Maximum imprisonment: Life |
| | | Minimum statutory term: 10 years |
| | | Maximum Statutory fine: $10,000,000 |
| | | Maximum period of supervised release: 5 years to life |
| | | Special assessment: $100 |