

GOVERNMENT
EXHIBIT
3
26MJ9169