

GOVERNMENT
EXHIBIT

5

26MJ9169